In the Matter of KATHERINE BARNHART et al., Appellants, v JOHN CATALDO et al., Respondents.

Submitted May 2, 2005; decided May 5, 2005

Motion by Legal Aid Society for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.